EARL A. BOLTON III and RHONDA M. BOLTON
15230 N. 162 Lane
Surprise, Az 85379

Respondents/Debtors Pro Per

**FILED**

SEP 1 0 2009

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

**UNITED STATES BANKRUPTCY COURT**

**District of Arizona, Phoenix Division**

)  ~~CASE NO. 08-BK-17603-GBN~~
)  2:09-bK-17513 CGC
)
)
)  **MOTION TO DISCHARGE**
)  **PRIORITY DEBT DUE TO**
)  **EXTREME HARDSHIP**
EARL A. BOLTON III and RHONDA M. )
BOLTON, Debtors )
DAVID M. REAVES, CHAPTER 7 )
TRUSTEE, )
    Debtors )
)
)
)  (Assigned to Hon. Charles G. Case)
_____)

**COME NOW** Debtors, EARL and RHONDA BOLTON, representing themselves in Pro Per, and for their Motion to Discharge Priority Debt due to their extreme hardship.

Debtors have experienced the onset of a chronic medical condition of their daughter, Shuree. Shuree has been in and out of hospitals for the past three years, experiencing bladder, back, and nerve issues, and is on medication for constant pain, and is considered totally disabled. She is eighteen (18) years of age, and unable to work or function with any productivity. Mother has not been able to work a job due to the need to take her child to her medical appointments, and to physically care for her on an

-1-

"around the clock basis". To further worsen the situation, Debtor Rhonda Bolton's Father has experienced kidney failure and is living with Debtors, and in need ot "around the clock" care and assistance. Debtors wish to discharge Rhonda Bolton's student loans through Sallie Mae.

**WHEREFORE** Debtors ask the Court to consider this extreme hardship as a valid reason that she is not able to repay this loan, and, due to this extreme and permanent hardship, to discharge the debt owed to Sallie Mae, and for any and all other relief that is justified in this presence.

Respectfully submitted on this 3 day of September, 2009.

EARL A. BOLTON, III  RHONDA M. BOLTON
Respondent/Debtor  Respondent/Debtor

Original of the foregoing filed this 3 day of
September, 2009 at:

U.S. Bankruptcy Court of Arizona
230 N. First Avenue, Suite 101
Phoenix, Az 85003

Copy of the foregoing mailed this 3 day
Of September, 2009, to:

Sallie Mae
PO Box 9500
Wilkes Barre, PA 18773

and

David M. Reaves
PO Box 44320
Phoenix, AZ 85064-4320
U.S. Bankruptcy Trustee

and

-2-

1 | Hon. Charles G. Case
2 | 230 N. First Avenue
   | Phoenix, AZ 85003
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28