SO ORDERED.

Dated: October 02, 2009



_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge
_____

**TIFFANY & BOSCO**
P.A.
2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-19661/0323683250

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Earl A. Bolton III and Rhonda M. Bolton<br>        Debtors.<br>_____<br>Barclays Capital Real Estate Inc. dba HomEq Servicing<br>        Movant,<br>  vs.<br>Earl A. Bolton III and Rhonda M. Bolton, Debtors; David M. Reaves, Trustee.<br>        Respondents. | No. 2:09-bk-17513-CGC<br><br>Chapter 7<br><br>O R D E R<br><br>(Related to Docket #16) |

      This matter having come before the Court for a Preliminary Hearing on September 10, 2009, Movant appearing by and through its attorney, Tiffany & Bosco, P.A., Debtor s appearing by and through their counsel, pro se, and good cause appearing,

      **IT IS HEREBY ORDERED** that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby terminated as to Movant with respect to that certain

real property which is subject of a Deed of Trust dated January 26, 2005, and recorded on January 31, 2005 in Instrument No. 20050128736 , in the office of the Maricopa County Recorder at wherein Barclays Capital Real Estate Inc. dba HomEq Servicing is the current beneficiary and Earl A. Bolton III and Rhonda M. Bolton have an interest in, further described as:

    LOT 19. LEGACY PARC PARCEL "A", ACCORDING TO BOOK 561 OF MAPS, PAGE 18, RECORDS OF MARICOPA COUNTY, ARIZONA.

IT IS FURTHER ORDERED that this Order vacating the automatic stay imposed by U.S. Bankruptcy Court Code 362(a) shall be binding and effective in the event the Debtors converts this case to another chapter under the U.S. Bankruptcy Code.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT